# Court of Appeals
# of the State of Georgia

ATLANTA,    August 27, 2014

*The Court of Appeals hereby passes the following order:*

**A14I0280. MULTIBANK 2009-1 CML-ADC VENTURE, LLC v. HAMILTON STATE BANK.**

Multibank 2009-1 CML-ADC Venture, LLC. filed this timely application for interlocutory appeal from an order granting summary judgment to Hamilton State Bank. Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. See *Whiddon v. Stargell*, 192 Ga. App. 826, 827-28 (386 SE2d 884) (1989). The order Multibank seeks to appeal is thus directly appealable and is not subject to the interlocutory appeal requirements. "This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 602 SE2d 246 (2004). Accordingly, application A14I0280 is hereby GRANTED.

Multibank shall have ten days from the date of this order to file a notice of appeal with the trial court. If it has already filed a notice of appeal from the order at issue, it need not file a second notice. The Clerk of the Superior Court of Barrow County is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/27/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen
, *Clerk.*